UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-25468-CIV-SINGHAL

ATAMAVIO SANTANA GARCIA,

Petitioner,

v.

WARDEN, GLADES COUNTY DETENTION CENTER,

Respondent.

______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Respondent's Motion to Transfer Case to Middle District of Florida (the "**Motion**"). (DE [5]). Respondent asks the Court to transfer this action to the Middle District of Florida because Petitioner is detained at the Glades County Detention Center, which is located within the Middle District of Florida. *Id.* at 1 (citing 28 U.S.C. § 89(b) ("The Middle District comprises the count[y] of . . . Glades . . . .")). Because district courts may exercise habeas jurisdiction only over detainees confined within their respective districts, *see Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004), and because this Court "may transfer any civil action to any other district or division where it might have been brought," 28 U.S.C. § 1404(a), it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [5]) is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF